No. 2106. LÓPEZ, APELANTE, *v.* LIZARDI, APELADO.—Aproba-

ción de memorandum de costas y cumplimiento de contrato. Humacao. Resuelto en febrero 6, 1920, por los fundamentos del caso *Brac* v. *Ojeda et al.*, 27 D. P. R. 658. *Confirmada.*